**No. 10-5863. Va Thi Nguyen, Petitioner v. United States.**

562 U.S. 936, 131 S. Ct. 352, 178 L. Ed. 2d 229, 2010 U.S. LEXIS 7410.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.

Same case below, 602 F.3d 886.

**No. 10-5865. Leslie Love, Petitioner v. Claude Chester, Warden.**

562 U.S. 940, 131 S. Ct. 353, 178 L. Ed. 2d 229, 2010 U.S. LEXIS 7255.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Tenth Circuit denied.

Same case below, 379 Fed. Appx. 766.

**No. 10-5868. Tiffany Ann Cole, Petitioner v. Florida.**

562 U.S. 940, 131 S. Ct. 353, 178 L. Ed. 2d 229, 2010 U.S. LEXIS 7238.

October 4, 2010. Petition for writ of certiorari to the Supreme Court of Florida denied.

Same case below, 36 So. 3d 597.

**No. 10-5869. Cory D. Rigmaiden, Petitioner v. United States.**

562 U.S. 940, 131 S. Ct. 354, 178 L. Ed. 2d 229, 2010 U.S. LEXIS 7191.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

**No. 10-5874. Carlos Rodriguez, Petitioner v. Director of Special Housing and Inmate Disciplinary Programs.**

562 U.S. 940, 131 S. Ct. 354, 178 L. Ed. 2d 229, 2010 U.S. LEXIS 7162.

October 4, 2010. Petition for writ of certiorari to the Appellate Division, Supreme Court of New York, Third Judicial Department, denied.

Same case below, 71 App. Div. 3d 1346, 897 N.Y.S.2d 311.

**No. 10-5875. Debra Robertson, Petitioner v. Cree, Incorporated.**

562 U.S. 940, 131 S. Ct. 354, 178 L. Ed. 2d 229, 2010 U.S. LEXIS 7432.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 385 Fed. Appx. 317.

**No. 10-5877. Ernest Jones, Petitioner v. United States.**

562 U.S. 940, 131 S. Ct. 354, 178 L. Ed. 2d 229, 2010 U.S. LEXIS 7594.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

Same case below, 364 Fed. Appx. 205.

**No. 10-5878. Ahmad Kanan, Petitioner v. United States.**

562 U.S. 940, 131 S. Ct. 354, 178 L. Ed. 2d 229, 2010 U.S. LEXIS 7242.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit denied.

Same case below, 387 Fed. Appx. 120.